The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br>1. ANEICIA FORD,<br>2. DANGELO ROBERTS,<br>3. SHANNA CARTER-ZANDERS,<br>5. ANTHONY MCQUEEN, and<br>6. MEGHAN FRAZIER,<br><br>Defendants. | NO. CR24-122-JNW<br><br>SCHEDULING ORDER |

THE COURT, having reviewed the Government's stipulated motion and the records and files in this case, hereby GRANTS the motion and ORDERS that the parties adhere to the following schedule:

- Government 404(b) and 609 notice:     June 20, 2025
- Government expert disclosures:        June 20, 2025
- Pretrial motions and motions in limine: June 30, 2025
- Defense expert disclosures:           July 7, 2025

Scheduling Order - 1
*United States v. Ford, et al.* / CR24-122-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| • | Oppositions to pretrial motions/motions in limine: | July 11, 2025 |
| • | Replies to pretrial motions/motions in limine: | July 18, 2025 |
| • | Government rebuttal expert disclosures: | July 18, 2025 |
| • | Pretrial Conference | TBD |
| • | Trial Date | July 28, 2025 |

Any proposed modifications to this schedule must be made in writing to the Court with an enclosed proposed Order.

DATED this 5th day of May, 2025.

Jamal N. Whitehead
United States District Judge

Presented by:

*s/ Jessica M. Ly*
JESSICA M. LY
Special Assistant United States Attorney

Scheduling Order - 2
*United States v. Ford, et al.* / CR24-122-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970