The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> ANEICIA FORD, <br><br> Defendant. | NO. CR24-122-JNW <br><br> ORDER CONTINUING SENTENCING HEARING |

THE COURT, having reviewed the parties' stipulated motion, and the records and files in this case, hereby ORDERS that the sentencing hearing in this case is continued to December 4, 2025 at 11:00 a.m.

//
//
//

Order Continuing Sentencing Hearing - 1
United States v. Aneicia Ford / CR24-122-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED. DATED this 25th day of August 2025

JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jessica M. Ly*
JESSICA M. LY
Special Assistant United States Attorney

Order Continuing Sentencing Hearing - 2
United States v. Aneicia Ford / CR24-122-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970