# EXHIBIT 1

# Letter of Circumstance

Regarding Care for Grandchildren: Amari Ford and Aniya Ford

To Whom It May Concern,

I LaDonna L. Alston am mother to Aneicia Ford, and I am writing this letter to provide a detailed account of my grandchildren, Amari Ford, and Aniya Ford's care. Aneicia Ford is the biological, custodial parent and primary parental care provider of Amari Ford and Aniya Ford.

## Parental Responsibilities

Aneicia Ford is primary financial support for both daughters and does not receive child support from the children's father to care for any need. In addition, Aneicia provides transportation to and from school for both children, as well as for athletic programs involving Amari Ford. In addition to managing their schooling and extracurricular activities, Aneicia Ford schedules, maintains, and attends all health care and dental appointments for both children.

## Healthcare for Amari Ford

Due to occurrence of domestic abuse in the home during the marriage of Aneicia Ford and Quinton Ford, Amari Ford requires periodic counseling. Navigating through pre-teen and teenage years amplified the need for Aneicia Ford and school administration to ensure a support program was in place academically and emotionally to aid Amari Ford. When emotional moments arise, Amari Ford is allowed to call her mom, Aneicia Ford for support.

## Healthcare for Aniya Ford

Aniya Ford's healthcare regimen includes more than regular appointments. Aniya Ford was born prematurely, weighing only 2.17 lbs., and has been medically diagnosed with digestive issues. This health concern may require intestine exploratory surgery if the current round of medicinal treatment does not prove effective. Furthermore, Aniya Ford has respiratory issues, resulting in three surgeries to remove airway restrictions. Unfortunately, these surgeries were not successful, and Aniya Ford is diagnosed with sleep apnea.

Until Aniya Ford receives sleep apnea equipment and treatment commences, sleeping and hyperactivity remain ongoing challenges.

# Grandchildren Under My Care

Please note, Quinton Ford (Father to Amari Ford and Aniya Ford) is not in the position to care for Amari Ford and Aniya Ford. Quinton resides in a group home and to my knowledge currently has no source of income. If care for Amari Ford and Aniya Ford transitions to me, the below outlines my current circumstances:

## Income

The Boeing Company employs me, and my household income consists of a yearly salary of $156,775. The monthly income covers household, healthcare expenses, food, utilities, auto, home insurance and I provide supplemental needs of my grandchildren when necessary. I do not receive any additional financial support from other family members or outside agencies.

## Housing

I reside in a modest three-bedroom home in Tacoma, Washington. The mortgage is $1,195 per month, which is paid from my monthly income. At present, I have additional family members residing with me, my mother, brother, and nephew. Due to their financial challenges, I do not receive contributions towards my mortgage payment from any party (one of which is a minor).

## Physical Limitations

I have several physical limitations. Specifically, I am medically diagnosed with diabetes which accompanies challenges of its own. In addition, I am medically diagnosed with arthritis in my left knee due to bone degeneration, which restricts my mobility and makes tasks such as using stairs, prolonged standing, and walking difficult, resulting in knee replacement surgery early 2026. Despite these challenges, I do my best to maintain a safe, clean, and healthy environment. Occasionally, I rely on assistance from family members (Aneicia included) for tasks which are physically demanding.

In summary, I am dedicated to the care and support of my grandchildren, despite the challenges I currently face and future unknowns. Should you need any additional information, please feel free to contact me.

Sincerely,

LaDonna L. Alston
Ladonna_alston@yahoo.com
(253) 267-3690

# Character Witness Letter for Aneicia Ford

To Whom It May Concern,

I am writing this letter in my capacity on behalf of Aneicia Ford, who is currently involved in a case before the court. I wish to provide my honest and heartfelt testimonial regarding Aneicia's character, based on my lifelong relationship and personal knowledge of Aneicia.

My name is LaDonna L. Alston, and I am mother to Aneicia. I have known Aneicia since I birth her and have been involved in Aneicia's upbringing and life events. Our family has always maintained strong bonds, and I have witnessed Aneicia's growth and development throughout the years.

As Aneicia's mother, I can whole heartedly share the daughter I raised has always had a genuine love for people. Aneicia is kind, considerate and a diligent worker. As I write this letter, I am having flashbacks of how teachers in school always commended Aneicia for helping other students be peaceable and resolve conflict. Such traits followed Aneicia into adulthood leading her to an early career in health care, caring for others. The daughter I raised saved hospital staff and patients from an active gun shooter incident at St. Claire Hospital by quickly locking down sections of the hospital preventing the shooter from entry.

Aneicia has consistently demonstrated traits of compassion, and responsibility. Aneicia is known among family and friends as someone who can be counted on in times of need. Aneicia has always been respectful to others, considerate of their feelings, and willing to help those in distress. I have observed Aneicia's genuine concern for others, whether through community involvement, support of family members, or everyday acts of kindness.

There are moments such as these with Aneicia but now we are here. I have two daughters; close in age but Aneicia is the youngest and at an early age my daughters witnessed domestic violence by their father towards me and was always fearful of their father. I did not remain in the relationship when this behavior surfaced. What I did not know is my daughter's witnessed years of their father abusing their stepmother. This is where Aneicia developed survival skills to avoid physical or verbal abuse which carried over into her marriage and relationships.

Throughout Aneicia's life, Aneicia has taken on responsibilities at home and in the community with dedication. In challenging situations, Aneicia has shown maturity by accepting responsibility for her actions and striving to make amends when necessary. Aneicia's integrity is evident in the trust that others place in her. All along this process Aneicia has disclosed the court case circumstances to employers when applying for employment, which one resulted in job loss, while the current employer genuinely believes in her, her character, and contributions she is making to the community, thus Aneicia has remained employed.

The love Aneicia bestowed on others was not reciprocated exploited, and now we are here.

Aneicia is finally learning through therapy to love herself, and learning to recognize not everyone entering one's life loves her. In her quest to accept and learn from this experience I have witnessed remorse, ownership, and renowned drive to better herself and for her daughters.

I am fully aware of the charges pending against Aneicia. While I do not intend to diminish the seriousness of the matter, I respectfully wish the court to know that this incident is completely out of character for Aneicia. I believe it may have occurred due to unusual stress or circumstances, and I am confident that Aneicia is deeply remorseful and is committed to making positive changes.

Based on my close relationship and lifelong observations, Aneicia is a conscientious individual who has much to offer to the community. I respectfully ask the court to consider Aneicia's good character, past conduct, and genuine remorse when determining the outcome of this case. I am certain that with guidance and support, Aneicia will continue to be a positive and productive member of society.

If you require any further information or would like to discuss my perspective in more detail, please feel free to contact me.


Sincerely,
LaDonna L. Alston
Ladonna_Alston@yahoo.com
(253) 267-3690

# EXHIBIT 2

Lynne Gallo
Coordinator of Vocational Training Programs
Goodwill of the Olympics and Rainier Region
714 S. 27th Street, Tacoma, WA 98409
Phone: (253)███████
Email: ████@goodwillwa.org
www.goodwillwa.org

Date: July 18, 2025

To Whom It May Concern,

Re: Character Reference for Aneicia Ford

My name is Lynne Gallo, and I am the Coordinator of Vocational Training Programs at Goodwill of the Olympics and Rainier Region. I am writing to provide a character reference for my colleague, Aneicia Ford, who serves in the role of Career Navigator at our organization.

I have had the opportunity to work closely with Ms. Ford for the past four months. In that time, she has consistently demonstrated a high level of professionalism, responsibility, and integrity in her work. She is prompt, respectful, and approaches every task with a positive attitude and genuine dedication.

Although I have only known her for a relatively short period, Ms. Ford has quickly proven herself to be a reliable and thoughtful team member. She takes her work seriously and contributes meaningfully to our shared goals. Her friendly demeanor and strong work ethic make her not only a valued colleague but also someone I trust and respect.

It is my sincere belief that Ms. Ford is a person of good character. Please feel free to contact me if further information is needed.

Sincerely,

*Lynne Gallo*

Coordinator of Vocational Training Programs
Goodwill of the Olympics and Rainier Region

Brenda Enninga
714 S. 27th St
Tacoma, WA 98409


@goodwillwa.org

7/17/2025

To The Honorable Judge,

I am writing this letter on behalf of Aneicia Ford, whom I have known for the past 8 months as her Workfirst Case Manager as she was referred by DSHS to participate in our Community Jobs Program that works with individuals receiving TANF benefits. Aneicia was hired by Goodwill of the Olympic &Rainier Region and is now a team member of our organization.

Throughout the time I've known Aneicia, I have found to be responsible, honest, hardworking, caring and always striving to be the best for herself and her family. I was aware of the charges as Aneicia was very open in sharing her story during her program meeting while she was enrolled in Goodwill Workfirst Program. My interactions with her were always positive, professional with her wanting to excel in achieving her goals professionally and personally.

I understand the seriousness of the charges before the court, and I am not writing to excuse any wrongdoing. However, I respectfully ask the court to consider Aneicia Fords 's overall character, personal growth, and potential for positive contributions in the future when making its decision.

Thank you for your time and consideration.

Brenda Enninga

Goodwill Workfirst Case Manager

@goodwillwa.org

253-

Hello,

Congratulations Aneicia on the growth of your role with the opportunities through the Center for Strong Families (FOC) model we host at our Milgard Work Opportunity Center.

This meeting is to overview expectations, goals of the model and the roles within it.

Heather will be working with both of you in the coming month to prep.

Take Care,


Tori Skinner (she/her)
Director of Vocational School
Goodwill of the Olympics & Rainier Region
Mobile: 360-█████

█████@goodwillwa.org
www.goodwillwa.org

*Our vision is that every person has the opportunity to learn, work, and thrive in all aspects of life.*

*To achieve our vision, we are committed to dismantling racism and advancing equity, diversity, and inclusion so we can help people reach their fullest potential through education, job placement, and career pathway services. We do our work with great gratitude for the community donations, purchases, and partnerships that make our mission possible.*

**From:** Victoria Skinner <█████@goodwillwa.org>
**Sent:** Thursday, June 12, 2025 5:04 PM
**To:** Aneicia Ford <█████@goodwillwa.org>
**Subject:** Great work today!

Hi Aneicia,

I heard about the fast-acting problem solving you did today to meet the needs of our community members who are eager to connect with our programs and services. Way to go!

It has been exciting to witness your talent add to the depth of our team's impact.

Take Care,

Tori Skinner (she/her)
Director of Vocational School
Goodwill of the Olympics & Rainier Region
Mobile: 360-█████

Victorias@goodwillwa.org
www.goodwillwa.org

*Our vision is that every person has the opportunity to learn, work, and thrive in all aspects of life.*

*To achieve our vision, we are committed to dismantling racism and advancing equity, diversity, and inclusion so we can help people reach their fullest potential through education, job placement, and career pathway services. We do our work with great gratitude for the community donations, purchases, and partnerships that make our mission possible.*

Great work Aneicia!

Heather – Eu-wanda and I got the pleasure of meeting this team and they are a great fit for multiple styles of partnership with Goodwill.

A key factor is their military alignment and we want to ensure we approach this partnership holistically. Please connect with Eu-wanda and/or Marjorie prior to moving forward with bigger partnership discussions in my absence.

Take Care,


Tori Skinner (she/her)
Director of Vocational School
Goodwill of the Olympics & Rainier Region
Mobile: 360-█████

█████@goodwillwa.org
www.goodwillwa.org

*Our vision is that every person has the opportunity to learn, work, and thrive in all aspects of life.*

*To achieve our vision, we are committed to dismantling racism and advancing equity, diversity, and inclusion so we can help people reach their fullest potential through education, job placement, and career pathway services. We do our work with great gratitude for the community donations, purchases, and partnerships that make our mission possible.*

# Aneicia Ford, congratulations!

Completing an online course is no simple endeavor. It requires time, dedication, and commitment, so when we say "Congratulations" - we mean it! Take a moment to reflect on your hard work and enjoy your completion of Foundations of Career Navigating and Coaching. You've earned it.

**What's next?**
Check out the next course in the Goodwill® Career Coach and Navigator Specialization: Client Intake, Assessments, Skill Analysis and Planning. Make sure you don't miss the enrollment deadline.

View Next Course

Download our App: iOS | Android

Learner Help Center | Please do not reply directly to this email

To opt out of receiving this type of email, Unsubscribe

Copyright © 2025, Coursera Inc. | 2440 West El Camino Real, Suite 500, Mountain View, CA 94040 USA

# Career Readiness Education & Development
## CRED - Learning Objective



As you successfully complete each of the core competencies of the CRED program, that competency will be checked off. This will allow you to have a record of the skills that you have shown in class. If you would like to continue to work on Job Readiness Skills after you complete this class, please go to our website www.GoodwillWA.as.me and sign up for any workshop that is applicable to your personal learning objectives.

## ------ CRED Competencies Check Off List ------

[✓] 1. **Washington Career Bridge and Learning Style Assessment -** (Core Competency)
Complete Washington Career Bridge career survey and the VARK learning style assessment. Create a new Email for Job search and GVS classes.

[✓] 2. **Resume -** (Core Competency)
Create a complete Indeed Resume on the Indeed+Goodwill portal. Have a printed Rough Draft Indeed Resume. Complete a **Triangle Planning" & "S.M.A.R.T. Goals"**.

[✓] 3. **Elevator Pitch -** (Core Competency)
Craft and practice a Rough Draft- "Elevator Pitch" that can be used in different settings such networking event or a job opportunity.

[✓] 4. **Cover Letter -** (Core Competency)
Create a Rough Draft- Cover Letter that can be updated and structured for different career and job opportunities. Have a printed copy of a specific Job focused Indeed Resume.

[✓] 5. **Interviewing -** (Core Competency)
Practice a mock job interviews in class. Participate in a mock job interview.

[✓] 6. **Budgeting**
Look at personal finances and complete
1) Income and Benefits Tracker   2) Spending Tracker   3) Bill Calendar   4) Monthly Budget

[✓] 7. **Peace Literacy - Keeping Calm**
Looking for employment and starting a new job or position can be stressful, this last unit can help make for a smooth transition.

---

I certify that all of the marked competencies have been completed by the individual within the CRED course.

_Gary-Orth Harris_ (signature)
Trainer - Gary-Orth Harris

Date: Dec. 19, 2024

I certify that I have completed the competencies that have been marked.

_Aneicia Ford_ (signature)
Student / Participant – Aneicia Ford

Date: Dec 19, 2024

# CERTIFICATE OF COMPLETION



**Goodwill**
Olympics & Rainier Region

This certifies that

**Aneicia Ford**

has successfully completed **Career Readiness, Education and Development Skills Training** on December 19, 2024 at Goodwill of the Olympics and Rainier Region.

*Gary-Orth Harris*
Gary-Orth Harris
Program Trainer

*Victoria Skinner*
Victoria Skinner
Director of Vocational School



# COURSE DETAILS

**Course: Career Readiness, Education and Development Skills:**

**Digital Skills Review**
- Common digital job search devices
- Online learning and digital classroom
- Storing digital documents
- Professional email and electronic communication
- Resources available to Washington State residents

**Career Preparation and Placement**
- Hygiene, grooming and professional attire
- Indeed Works Essentials : Resume
- Cover Letter
- Job search and applications
- Professional social media profile and networking
- Elevator Pitch
- Interview Skills and Mock Interviews
- Career Exploration and Individual Survey
- Review Labor Market, FAFSA, and Education

**Interpersonal Skills (Work Habits)**
- Attendance
- Communications and general attentiveness
- Following directions
- Time management
- Motivation and cooperation
- Principles of success and teamwork
- Customer service
- Learning styles
- Emotional Intelligence : Self and Social Awareness
- Peace Literacy : Keeping Calm and Managing Stress

**Math Review**
- Decimals, fractions and percentages

**Financial Education Review**
- Income and benefits tracker
- Budget fundamentals
- Banking and loan processes

Goodwill of the Olympics & Rainier Region has been endorsed in vocational skills training from the Commission on Accreditation of Rehabilitation Facilities (CARF) since 1973. The Vocational School is licensed through the Workforce Training and Education Coordinating Board (WTECB) of the State of Washington under Chapter 28C.10 RCW.

# EXHIBIT 3

To whom it may concern,

I am pleased to provide this character statement for Ms. Aneicia Ford, someone I have had the privilege of knowing on both a professional and personal level in the past two years. During this time, I have come to know her as a person of remarkable integrity, kindness, and reliability.

Aneicia consistently demonstrates a strong sense of responsibility, whether in personal or professional settings. She is dependable, always following through on commitments and taking initiative when needed. This was especially true working alongside her at Fern Hill Elementary School. She became one of the most trusted supports within the school in a short amount of time. Her honesty and openness are qualities that I deeply admire, and she has earned my trust through her consistent actions and words.

Beyond her personal character, Aneicia has a deep sense of empathy and is always willing to lend a helping hand to those in need. Whether offering emotional support during difficult times or volunteering her time and skills to assist others, she is someone who brings positivity and support to any situation.

What stands out the most about Aneicia is her ability to uplift those around her. She has a unique talent for making people feel valued and heard, and her patience and understanding make her an invaluable friend. In my experience, Aneicia is a person who genuinely cares for the well-being of others, and I have no doubt she will continue to make a positive impact wherever she goes.

She is trusted! Appreciated! Loved! I feel fortunate to count Aneicia as both a colleague and a forever friend.

Sincerely,
Gervona Johnson M.A.S.D
Special Education Teacher

Ebony Manning



████████, WA ████

████████@gmail.com

10/26/2025

Your Honor,

Aneicia Leshe Ford is a committed and responsible individual who has demonstrated remarkable strength and resilience, particularly in her capacity as a single mother. She is profoundly dedicated to her children, Amari Ford, aged 14, and Aniya Ford, aged 8, consistently prioritizing their well-being. I have witnessed this firsthand through her management of the various health challenges faced by her youngest daughter due to her premature birth. This is evident in Aniyas understanding of her limitations and her ability to assist with her medication regimen. Aneicia is actively involved in school activities, ensuring that their homework is completed each evening. Balancing the needs of a teenager and an eight-year-old requires an extraordinary level of patience. I am aware that Aneicia is currently dealing with legal challenges. Although I do not possess all the details, I want to emphasize that the person I know embodies great integrity and a profound love for her children. For instance, she has volunteered at both of her daughters' schools and is presently employed with Goodwill Industries. These examples reflect her true character and her dedication to being a positive influence within our community and in the lives of her children. I firmly believe that Aneicia Ford deserves to have her circumstances evaluated with an understanding of her character as a devoted mother and a valuable member of the community. Thank you for your time and consideration regarding this matter. I would be more than willing to provide any additional information if required.

Sincerely,

Ebony Manning

Emma Manning

████████████████

████████, WA ████

253-████████

████████@comcast.net

November 12, 2025

Dear Honorable Judge,

I am writing this letter to express my strong support for Aneicia Leshe Ford in relation to her legal issue. My name is Emma Manning, and I have known Aneicia Leshe Ford for her entire life of 33 years, as I am her maternal grandmother. Throughout this period, I have had numerous opportunities to observe her parenting and character directly. I can assert with confidence that Aneicia Leshe Ford is a devoted, responsible, and affectionate mother who consistently places her children's well-being as a top priority. Aneicia Leshe Ford serves as a stable and nurturing influence in her children's lives. I have observed her remarkable capability to handle the challenges of single parenthood with poise and resilience. For instance, she adeptly manages the various serious health issues her youngest daughter faces due to her premature birth. She is a regular presence at her children's school, frequently volunteering in both the classroom and the office. Additionally, she supports her oldest daughter by attending all her basketball and volleyball games. Aneicia consistently exhibits patience, kindness, and a profound, loving commitment to Amari and Aniya Ford. Aneicia Leshe Ford diligently works to create a secure and stable environment for her children. She ensures that they are well-fed and properly groomed. As a single mother with little to no assistance from her ex-husband, she has occasionally had to rely on social programs that provide support to single mothers. Despite facing challenging circumstances, she maintains a comfortable home for her children. Her home is a joyful and safe haven where Amari and Aniya are flourishing.

Sincerely,

Emma Manning

**Josh & Tanya Shanahan**

▓▓▓▓▓▓▓▓▓▓

▓▓▓, WA ▓▓▓

▓▓▓▓▓▓▓@yahoo.com | Tanyashanahan@hotmail.com

▓▓▓▓▓▓▓▓▓▓▓▓▓

November 12, 2025

**To Whom It May Concern:**

We are writing to provide a character reference for Aneicia Leshe Ford. We have known Aneicia since she was a young girl and have had many opportunities over the years to observe her character, behavior, and integrity firsthand.

Throughout our relationship with Aneicia, she has consistently demonstrated honesty, responsibility, kindness, and reliability. She treats others with respect and consideration and has shown a strong sense of ethics in both her personal and professional life.

We have watched Aneicia grow from a bright, caring young girl into a remarkable woman, mother, and friend. She is a dependable, compassionate individual who always puts others first and takes her responsibilities seriously.

We firmly believe Aneicia is a person of good moral character and would not hesitate to place our trust in her. We hope this letter provides an accurate reflection of her character and the high regard in which we hold her.

Please feel free to contact us if you require any additional information.

Sincerely,

**Josh & Tanya Shanahan**