THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>V.<br><br>ANEICIA FORD,<br>　　　　　　　　　　Defendant | No. CR24-122-JNW-001<br><br>Declaration of Attorney Ryan P. Anderson re: Supplementing Sentencing Memo Exhibit 2. |

1. My name is Ryan P. Anderson. I am over the age of 18 years and am competent to testify to the matters contained herein.

2. I am the attorney of record and represent Aneicia Ford in the above-referenced matter.

3. The parties are set for sentencing in this matter on December 4, 2025, at 11:00 am.

3. Today, November 28, 2025, I filed a sentencing memo in this matter. I realized after filing this memo and its attached exhibits that I left out two letters that should have been included as attachments to Exhibit 2 of Ms. Ford's sentencing memo. Both letters are from Heather Little from Goodwill dated April 8, 2025 and November 18, 2025, respectively. I have now attached those letters to this declaration as "Exhibit 2 Supplement" to be considered with all other exhibits attached to our November 18, 2025, sentencing memo.

Declaration of Attorney Ryan P. Anderson - Page 1 of 2

RYAN P. ANDERSON
ATTORNEY AT LAW
1102 Broadway, Suite 310
Tacoma, WA 98402
Telephone: 971-227-0421

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed at Tacoma, Washington on the  28th  day of November, 2025.

                                                                            _____
                                                                            Ryan P. Anderson,
                                                                            Attorney for Aneicia Ford

*Declaration of Attorney Ryan P. Anderson - Page 2 of 2*

**RYAN P. ANDERSON**
ATTORNEY AT LAW
1102 Broadway, Suite 310
Tacoma, WA 98402
Telephone: 971-227-0421