# EXHIBIT 2 SUPPLEMENT



**Heather Little**
**Vocational Manager of Career Hub Services & Initiatives**
**Goodwill Milgard Work Opportunity Center**
**714 South 27th Street, Tacoma, WA 98409**

04/08/2025

To Whom It May Concern,

I am writing to provide a character reference for Aneicia Ford, who has been an intern at the Goodwill Milgard Work Opportunity Center through the WorkFirst program since December 2024. During her internship, Aneicia assisted our Career Readiness course instructor with creating and printing student materials, course instruction, student support, and follow-up. She also played a vital role in the Goodwill Job Resource room, helping individuals with resume development, online job applications, and navigating community resources.

Aneicia was wonderful to work with and served as an integral part of our team. She took on tasks with ease, asked questions when needed, and completed assignments with exceptional performance. Her dedication and hard work impressed her supervisors so much that when we had an opening for a career navigator, Aneicia was encouraged to apply and was offered the role. She has now transitioned from intern to full-time employee.

Aneicia possesses several admirable characteristics, including accountability, supportiveness, hard work, integrity, communication, and gratitude. Her ability to connect with students and job seekers, combined with her strong work ethic, makes her an invaluable asset to our organization.

I have no doubt that Aneicia will continue to excel in her career and make significant contributions wherever she goes. She has my highest recommendation.

Sincerely,

Heather Little

*Heather Little  4/8/25*

Vocational Manager of Career Hub Services & Initiatives
email: █████@goodwillwa.org
Phone: (253) █████

Heather Little
Vocational Manager of Career Hub Services & Initiatives
Goodwill Milgard Work Opportunity Center
714 South 27th Street, Tacoma, WA 98409

11/18/2025

To Whom It May Concern,

I am writing to provide a statement regarding Aneicia Ford's professional growth and contributions since joining Goodwill on April 8, 2025, as a Career Navigator. Aneicia began her journey with us as an intern through the WorkFirst program in December 2024, where she quickly demonstrated exceptional dedication, initiative, and a strong ability to support both students and job seekers. Her performance during that time led to her being offered a full-time Career Navigator role.

Since stepping into this position, Aneicia has continued to excel and grow in remarkable ways. She has shown leadership in managing her assigned caseload of vocational students (both current and alumni) and has supported 28 successful job placements. Aneicia consistently goes above and beyond to assist clients in removing barriers to employment and career advancement, helping them achieve financial wellness and navigate complex income benefit cliffs.

During the recent government shutdown, Aneicia demonstrated extraordinary commitment by helping clients whose SNAP benefits were suspended find resources to feed their families until services were reinstated. Her compassion and resourcefulness made a real difference during a critical time.

Aneicia's impact is also evident in individual success stories. One recent student, who had struggled to find work and was experiencing low confidence, shared that Aneicia's coaching including digital skills training support, resume updates, and job application support, gave him the tools and belief in himself that he desperately needed. He credits his progress to a combination of Goodwill programming and Aneicia's personalized guidance.

Beyond client support, Aneicia has taken on employer engagement responsibilities and has brought in more employers during her short tenure than her predecessor did in an entire year. She has been instrumental in organizing and executing employer spotlight events, industry talks in classrooms, and employer advisory activities, strengthening our partnerships and creating more opportunities for our clients.

Her outstanding performance and leadership led to her promotion to Lead Career Navigator on October 1, 2025, a role that includes expanded responsibilities and a wage increase. This promotion reflects her proven ability to deliver results, her commitment to our mission, and her capacity to lead.

Aneicia embodies accountability, integrity, and a deep commitment to helping others succeed. She has my highest recommendation and full confidence as a professional who will continue to make significant contributions wherever she goes.

Sincerely,
Heather Little

*[signature]* 11/18/25

Vocational Manager of Career Hub Services & Initiatives
email: ▮▮▮▮@goodwillwa.org
Phone: (253) ▮▮▮▮