2:24-cr-00122-JNW

Dear Judge Whitehead,                                    5/12/2026  ①

    I am writing you to see if there is any way you could approve my compassionate release. I have already submitted it through the remedy system. I am just not sure where it currently is. I do believe Regional currently has it. In my compassion of release, I outlined my mother having both of my daughters and her being sick as well. My mother needs knee surgery and cannot do so until I come home. There have been alot of recent terrifying events that have transpired in the last two months. My mother was granted full guardianship for both Amari and Aniya Ford. My ex husband, Quinton Ford came and took them both and my mother had to fight in court to get them back. Quinton physically assaulted my oldest, Amari ford leaving her nose fractured where she had to get surgery to pop it back into place on March 27, 26 at Mary Bridge ENT. He was abusing both children and CPS removed them and that's when my mother was granted full guardianship just two weeks ago. The children have visitation with him Sundays and Wednesdays which is still a concern considering he is violent and unpredictable. On Wednesday May 4, 2024 he threatened to

②

shoot my mother in front of the children.
My daughters are experiencing extreme trauma
and they are suffering without me. My mother
is incapacitated and can no longer walk and
maintain daily duties to keep up with their
appointments, schooling and activities. I
also applied for a furlough on february 25, 2026
due to my grandmother being placed on
hospice. That was denied on March 12, 2026
by Warden Gunther and I still have not
been given an explanation or denial reason.
In the furlough packet it states that
Inmates have a right to a denial reason from
the Warden. I have asked several times
and all they've done is provide me with a blank
furlough packet. I should have been granted
a furlough according to the packet. Today on
Tuesday May 12, 2026 my grandmother
passed away. Judge Whitehead, I know
what I did was a horrible act and a
huge mistake. Since being in prison, I
have maintained clear conduct and
done extensive programming. I have recieved
my certificate for Trauma, Criminal
Thinking, Nutrition Talk With Your Doctor
and I am on my last month of PROUD
Class which is re-entry into the community.

③

My recidivism level is a 5 which means I am least likely to re-offend. My halfway house date is set for October 15, 2026 But that does not include my FSA good-time credits. In July when I meet with my Case Manager Ms. Hererra, she will tell me if my date will move to August. I am asking that you approve my compassion of release so I can go home to take care of my children, my ill Mother and lay my grandmother to rest. I promise to stay in compliance with any rules set in place and to continue working in the community to help others above myself. I have turned my mistakes into lessons and I will never break the law again. Please give me a second chance Judge Whitehead. I will not disappoint you. My children and my family need me. Thank you for your time regarding this matter.

Warmest Regards,

Aneicia Ford

# I have attatched
furlough denial and
medical paperwork

FILED
LODGED
RECEIVED

**MAIL**

MAY 18 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Aneicia Ford #28373-511
Federal Prison Satellite Camp
37930 N. 45th Avenue
Phoenix, AZ 85086

Judge Jamal N. Whitehead
700 Stewart St. Ste 5220
Seattle, WA 98101



FILED
LODGED          MAIL
RECEIVED

MAY 18 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY              DEPUTY

